September 11, 2023

U.S. Department of Justice

Federal Bureau of Investigations

Washingto, D.C. 20535

FOIPA REQUEST NO. 1602824-000

Subject: Cruz Serrano Ricardo.

Attention F.B.I.

i Have requested my U.S. Deoartment of Justice records for U.S. Eastern District of Pennsylvania, Case file 23-CV-3443 before District Judge of Pennsylvania Honorable John M. Gallasher. Incident date after 9/11/2001. requestfully request in this report The U.S. Department of Jusice Ballistic Report in which I make a motion to the federal District Court of Pennsylvania to Subpoena this vital evidence in case file 23-CV-3443. This is my second request for this evidence.

I Remain,

Ricardo Cruz Serrano.

MR. RICARDO CRUZ SERRANO
1038 LEHIGH STREET
EASTON, PA 18042

U.S. POSTAGE PAID
FCM LETTER
EASTON, PA 18042
SEP 11, 2023
$8.56
R2303S102276-11

Retail
18101
RDC 99

Honorable JOHN M. GALLAGHER
EDWARD N. CAHN U.S. COURTHOUSE & FEDERAL BLDG.
504 W. HAMILTON STREET
ALLENTOWN, PA 18101

U.S.M.R



CERTIFIED MAIL

7021 1970 0000 3616 4737