September 13, 2023

FOIPAQUESTIONS@FBI.GOV <FOIPAQUESTIONS@fbi.gov>

Sep 12, 2023, 8:26 AM (1 day ago)

to me

Thank you for your inquiry regarding the status of your Freedom of Information Act/Privacy (FOIPA) request.   A review of your request has determined the following:

The request is presently in Initial Processing, where the assigned analyst is searching for, retrieving and reviewing potentially responsive records.

Requests are processed in the order in which they are received through our multi-track processing system.  Requests are divided into two primary tracks--simple (under 50 pages of potentially responsive documents) and complex (over 50 pages of potentially responsive documents).  Complex requests are further divided into medium, large, and extra-large sub-tracks based upon request size.  Simple track requests typically require the least amount of time to process.  Currently, simple track cases average approximately 122 days from the date of receipt for processing.  Our complex requests in the medium processing track are currently averaging 1,230 days, large processing track are currently averaging approximately 2,010 days, and extra-large processing track are currently averaging 2,370 days for processing.

1

The search for responsive records is ongoing for your request, so we do not yet know into which track it will fall. The estimated date of completion is therefore based on the average processing time of complex requests in the large processing track. Accordingly, the estimated date on which the FBI will complete action on your request is 2,010 days from the date the FBI opened your request. Once the search has been completed, you may request an updated estimated date of completion.

Additional information regarding the Freedom of Information Act/Privacy is available at http://www.fbi.gov/ or http://www.fbi.gov/foia/. If you require additional assistance please contact foipaquestions@fbi.gov.

Ricardo Cruz Serrano Cse File: 23-CV-3443

*[signature]*

