UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
*TRIBUNAL FEDERAL PARA EL DISTRITO DE PUERTO RICO*

RICARDO CRUZ SERRANO
Plaintiff (*Demandante*),

v.

COMMONWEALTH OF PUERTO RICO
Defendant (*Demandado*)

CIVIL NO. / *CIVIL NÚM.*

24-cv-1032
MAJ

PRO SE (NON-PRISONER) LITIGANT'S
*LITIGANTE PRO SE (NO CONFINADO)*

**CONSENT TO RECEIVE NOTICES OF ELECTRONIC FILING**
*CONSENTIMIENTO PARA RECIBIR NOTIFICACIONES*
*DE RADICACIÓN ELECTRÓNICA*

I, RICARDO CRUZ SERRANO, am a pro se litigant (non-prisoner) and consent to receive notices electronically in the above captioned case. In doing so, I consent to the Court and opposing counsel using my email address, as listed below, for the purpose of sending me electronic notification of orders, notices, and other documents that are filed in my case. I understand that hard (paper) copies will no longer be sent by the Court or opposing counsel. By consenting to electronic notice, I understand that I am responsible for maintaining a current email address with the Court.

*Yo, RICARDO CRUZ SERRANO, soy un(a) litigante pro se (no confinado) y doy mi consentimiento para recibir notificaciones electrónicas en el caso de epígrafe. Al hacerlo, consiento a que el Tribunal y los abogados de la otra parte usen mi dirección de correo electrónico, según aparece al final, para notificarme electrónicamente sobre órdenes, notificaciones, y otros documentos radicados en mi caso. Entiendo que ni el Tribunal ni los abogados enviarán copias impresas. Al consentir, entiendo que me hago responsable de mantener actualizada mi dirección de correo electrónico en el Tribunal.*

I hereby certify that:

*Por este medio certifico que:*

1. I have provided and will maintain a current email address and mailing address with the Court. I will immediately file a Notice of Change of Address Form conventionally (by mail or in person) if my email or mailing address changes while the case is pending.

   *He provisto y mantendré actualizada con el Tribunal mi dirección de correo electrónico y mi dirección postal. Radicaré de inmediato un formulario de Notificación de Cambio de Dirección de manera convencional (por correo o en persona) si alguna de mis direcciones de correo electrónico o postal cambia durante la pendencia del caso.*

2. I am responsible for maintaining an email account sufficient to receive notifications, on a daily basis, from the Court and opposing counsel. I also understand that electronic mail filter software (SPAM filters) may interfere with my receipt of email notifications and will ensure that any such software installed on my computer or network will not filter out messages from prd_docketing@prd.uscourts.gov.

   *Me hago responsable de mantener una cuenta de correo electrónico con capacidad suficiente para recibir notificaciones, a diario, del Tribunal y los abogados. También entiendo que los programas de filtro de correo electrónico (filtros de SPAM) pueden interferir con el recibo de notificaciones electrónicas y me aseguraré de que los programas de ese tipo instalados en mi computadora o red no filtrarán mensajes recibidos de prd_docketing@prd.uscourts.gov.*

3. I am responsible for managing my email account and am responsible for others who may have access to my email account.

   *Me hago responsable del manejo de mi cuenta de correo electrónico y seré también responsable por otros que tengan acceso a la misma.*

4. I have already registered or will immediately register for a PACER account (Public Access to Court Electronic Records). I understand I will not receive any notices via email until I have a PACER account by registering at www.pacer.gov.

*R.C.*

*Me he inscrito o me inscribiré de inmediato en una cuenta PACER (Acceso Público a Expedientes Electrónicos de Tribunales). Entiendo que no recibiré notificaciones por correo electrónico hasta que active mi cuenta PACER en www.pacer.gov.*

5. I understand that when documents are entered in the Case Management Electronic Case Filing (CM/ECF) system, a Notice of Electronic Filing (NEF) will be sent to my email address, which will contain a hyperlink to the document in PACER. I also understand that pursuant to PACER's policy, I will be allowed one "free look" at the document and that it is recommended that I print or download the document at that time because after the one "free look," normal PACER fees will apply. I also understand that the hyperlink to access the document will expire after I first access the document or after 15 days, whichever comes first.

   *Entiendo que cuando se anoten documentos en el sistema CM/ECF de radicación electrónica y manejo de casos, se enviará una Notificación de Radicación Electrónica (NEF, por sus siglas en inglés) a mi dirección de correo electrónico, la cual incluirá un enlace al documento en PACER. Entiendo además que, bajo las reglas de PACER, sólo podré dar una "mirada gratis" al documento, y que se recomienda que lo baje o lo imprima en ese momento porque después de la "mirada gratis", aplicarán las tarifas usuales de PACER. Entiendo también que el enlace al documento expirará después de acceder el documento o después de 15 días, cual ocurra primero.*

6. I am responsible for maintaining my PACER account while the above case is pending, including any incurred fees.

   *Me hago responsable por mantener mi cuenta PACER durante la pendencia del caso de epígrafe, incluido el pago de cualquier tarifa incurrida.*

7. I further understand that receiving NEFs is a privilege, not a right, which may be rescinded by the Court at any time, without notice, at which time notices will be provided via the U.S. mail.

   *Entiendo además que recibir notificaciones electrónicas no es un derecho sino un privilegio que puede ser rescindido por el Tribunal en cualquier momento, sin previo aviso, y que a partir de ese momento se enviarán los avisos por el correo de los EE.UU.*

R.C.

**WHEREFORE**, the undersigned hereby agrees to the above conditions and elects to electronically receive NEFs to the email address listed below while the above case is pending.

***POR TODO LO CUAL***, *el abajo firmante expresa su acuerdo con las condiciones expuestas y elige recibir notificaciones electrónicas en la dirección de correo electrónico que se indica a continuación durante la pendencia de este caso.*

Date / *Fecha*: 02/01/2024

Signature / *Firma*: [signed]

Name / *Nombre*:

Email Address / *Dirección de correo electrónico*: CYBERCOPS990@GMAIL.COM

Street Address / *Dirección física*: 1038 LEHIGH ST. EASTON, PA 18042

City, State, Zip Code / *Ciudad, Estado, Código Postal*: EASTON, PA 18042

Telephone No. / *Número de teléfono*: (484) 548-4608

Consent to Receive NEFs rev. 12.01.2022
*Consentimiento para Recibir Notificaciones Electrónicas, rev. 01.12.2023*
Page / *Página* 4